# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>MICHAEL ANTONIO JAMES<br>SSAN: XXX-XX-3303<br><br>Debtor(s) | Case No. 15-32136-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 05, 2015.

2. The debtor(s) §341 Meeting of Creditors was held September 17, 2015.

(**X**) The following creditor was not listed in the debtor's schedules but filed their claim as priority or secured. The debtor's plan fails to make provisions for this claim:
  Creditor: INTERNAL REVENUE SERVICE
  Trustee's Claim Number: 9
  Account Number: 3303 TAXES / NO PROV
  Claim Amount: $20,795.00
  Court Claim Number: 1
  Claim Filed As: SECURED

(**X**) Debtor was to provide a bifurcation agreement with Alabama Department of Human Relations regarding domestic support arrearage..

(**X**) Debtor was to amend Schedule J to remove his wife's expenses. Debtor testified they kept separate finances..

(**X**) Debtor was to amend form B22 to remove impermissible transportation deductions.

(**X**) The plan makes no provisions for the secured claim filed by Regions Bank for a Time Deposit.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 21, 2015.

Office of the Chapter 13 Trustee  
P. O. Box 173  
Montgomery, AL  36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: hayest@ch13mdal.com

Curtis C. Reding  
Chapter 13 Trustee

By:/s/ *Tina J. Hayes*
Tina J. Hayes

### CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  October 21, 2015.

Copy to: DEBTOR(S)  
        RICHARD D SHINBAUM

/s/ *Tina J. Hayes*
Tina J. Hayes