The relief described hereinbelow is SO ORDERED

Done this 22nd day of October, 2015.



*Dwight H. Williams, Jr.* signature

**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

___

### UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE OF ALABAMA

IN RE:

**MICHAEL ANTONIO JAMES**

CASE NO. 15-32136-DHW-13

**Debtor**

### CONSENT ORDER

Regions Bank filed an Objection to Confirmation of Plan (Document 15) which was set for hearing at the Confirmation hearing set for October 19, 2015. With counsel for the debtor and said creditor consenting, the court hereby enters the following order on the Objection to Confirmation of Plan:

1. The objection is withdrawn.

2. The automatic stay is lifted as to Regions Bank and its security interest in the debtor's time deposit account ending in 6249. Regions Bank is entitled to use this time deposit to satisfy its debt.

3. Regions Bank's Claim Number 5 in this case also withdrawn.

#### END OF ORDER ####

Submitted by:

Billy Longshore
Longshore, Buck & Longshore, P.C.
2009 Second Avenue North
Birmingham, AL 35203
Billy3@longshorebuck.com
Phone (205) 252-7661

    This ordered has been consented to by Richard D. Shinbaum, counsel for the debtors, W. L. Longshore, III, counsel for said creditor, Regions Bank, and Curtis C. Reding, the Chapter 13 Trustee.